B1 (Official Form 1) (4/13)

# United States Bankruptcy Court
## EASTERN DISTRICT OF WISCONSIN

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>*Grasse, Brett S.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Grasse, Jennifer L.* |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *4942* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *5924* |
| Street Address of Debtor (No. & Street, City, and State):<br>*3037 N. Shepard Avenue*<br>*Milwaukee, WI*  ZIPCODE *53211* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*3037 N. Shepard Avenue*<br>*Milwaukee, WI*  ZIPCODE *53211* |
| County of Residence or of the Principal Place of Business: *Milwaukee* | County of Residence or of the Principal Place of Business: *Milwaukee* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization) (Check one box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925(amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Grasse, Brett S. and*<br>*Grasse, Jennifer L.* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>X _____ 12/04/14<br>    Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Grasse, Brett S. and<br>Grasse, Jennifer L. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Grasse, Brett S.
Signature of Debtor

X /s/ Grasse, Jennifer L.
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

12/4/14
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

X /s/ Jonathan V. Goodman
Signature of Attorney for Debtor(s)

Jonathan V. Goodman  1014348
Printed Name of Attorney for Debtor(s)

Law Offices of Jonathan V. Goodman
Firm Name

788 North Jefferson Street
Address

Suite 707

Milwaukee, WI  53202-3739

414-276-6760
Telephone Number

12/4/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S.*  
  and  
  *Grasse, Jennifer L.*  

Case No.  
Chapter 7

_____ / Debtor

Attorney for Debtor:  *Jonathan V. Goodman*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: __12/4/14__　　　　　　　　　　　/s/ Grasse, Brett S._____  
　　　　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　/s/ Grasse, Jennifer L._____  
　　　　　　　　　　　　　　　　　　　　Joint Debtor

| | | |
|---|---|---|
| 1325 North Van Buren, LLC<br>c/o Tom DeMuth<br>6140 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Allegro Acceptance<br>P. O. Box 1207<br>Los Angeles, CA   90084-2408 | Brian Starr<br>c/o City Commerical Real Estat<br>157 N. Milwaukee St., #207<br>Milwaukee, WI   53202 |
| 209 South Water, LLC (WI)<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Allegro Acceptance<br>P. O. Box 1207<br>San Bruno, CA   94066-7207 | C. G. Schmidt, Inc.<br>c/o David Schmidt<br>11777 W. Lake Park Dr.<br>Milwaukee, WI   53224 |
| 2625 Downer, LLC (WI)<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Anchor Bank<br>Commercial Real Estate Dept.<br>18200 W. Capital Dr.<br>Brookfield, WI   53045 | Catherine S. DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 |
| 29th Street Capital Partners,<br>c/o 29th Street Capital, LLC<br>55 New Montgomery<br>San Francisco, CA   94105 | Aurora Health Care<br>P. O. Box 091700<br>Milwaukee, WI   53209-8700 | Centec Security Systems, Inc.<br>W228 N727 Westmound Dr.<br>P. O. Box 1467<br>Waukesha, WI   53187 |
| 29th Street Lighthouse Financi<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Aurora Health Care<br>3301 W. Forest Home Ave.<br>Milwaukee, WI   53215 | City Commercial Real Estate, I<br>c/o Brian Starr<br>157 N. Milwaukee St. Ste. 207<br>Milwaukee, WI   53202 |
| 29th Street Lighthouse Financi<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Bank Mutual<br>P. O. Box 245033<br>Milwaukee, WI   53224-9533 | City of Port Washington<br>Attn: Doug Miller - Treasurer<br>100 W. Grand Avenue<br>Port Washington, WI   53074-030 |
| 29th Street Lighthouse Financi<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Bank Mutual<br>4949 W. Brown Deer Rd.<br>Brown Deer, WI   53223 | CohnReznick - Baltimore<br>500 E. Pratt Street, Suite 200<br>Baltimore, MD   21202-3171 |
| 29th Street Lighthouse Fund, I<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Barclay Card<br>Card Services<br>P. O. box 8833<br>Wilmington, DE   19899-8833 | Commonwealth 1, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, Wisconsin  5321 |
| 29th Street Lighthouse JV GP,<br>c/o 29th Street Capital, LLC<br>55 New Montgomery Street<br>San Francisco, CA   94105 | Barclay Card<br>Card Services<br>P. O. Box 8802<br>Wilmington, DE   19899-8802 | David Winograd<br>c/o D&K Management<br>201 East Pittsburgh<br>Milwaukee, WI   53204 |
| 815 East Brady Street, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, Wisconsin  5321 | Barclay Card<br>Card Services<br>P. O. Box 13337<br>Philadelphia, PA   19101-3337 | Deming Investors I, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, Wisconsin  5321 |

| | | |
|---|---|---|
| DeminingInvestors II, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, Wisconsin 5321 | IRS - Ch 7 - OH<br>Chapter 7 Bankruptcy<br>Cincinnati, OH 45999 | LCM Funds 23 Bridgeview, LLC<br>330 E. Kilbourn Ave., Ste. 838<br>Milwaukee, WI 53202 |
| Diane J. Dynkowski<br>1596 Whitetail Lane<br>Cedarburg, WI 53212 | IRS - MILWAUKEE<br>Insolvency Stop 5301-MIL<br>211 West Wisconsin Avenue<br>Milwaukee, WI 53203-2303 | LCM Funds 29 Oregon, LLC<br>201 E. Pittsburgh Avenue<br>Milwaukee, WI 53204 |
| Edward N. Barthel<br>125 E. Barkwood Court<br>Mequon, WI 53092 | James T. Geimer<br>6543 17th Avenue, NW<br>Seattle, WA 98117 | LCM Funds Pittsburgh, LLC<br>330 E. Kilbourn Ave., Ste. 838<br>Milwaukee, WI 53202 |
| Eileen Grasse<br>16385 Georgetown Dr. Apt. 215<br>Brookfield, WI 53005 | James T. Geimer Trust<br>c/o James T. Geimer<br>6543 17th Avenue, NW<br>Seattle, WA 98117 | LDC - 1117 Deming Way, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| Emily G. Haldeman, Trustee<br>William D. Grasse Living Trust<br>524 Heather Way<br>San Rafael, CA 94903 | Joe Cincotta, Esq.<br>Kerkman and Dunn<br>757 N. Broadway St., Ste 300<br>Milwaukee, WI 53202 | LDC - 1614 Iron Street, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| Eric Gaenslan<br>1218 E. Courtland Pl.<br>Whitefish Bay, WI 53217 | John W. Theisen<br>N9198 E. Shore Rd.<br>East Troy, WI 53120-2149 | LDC - 201 Developer, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| Gerard W. Dynkowski<br>1596 Whitetail Lane<br>Cedarburg, WI 53212 | Joseph Schwenker<br>5236 N. Kent Avenue<br>Milwaukee, WI 53217 | LDC - 201 Manager, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| Godfrey & Kahn<br>c/o Stephen Chernoff<br>780 North Water Street<br>Milwaukee, WI 53202 | Kerkman and Dunn<br>757 N. Broadway St., Ste 300<br>Milwaukee, WI 53202 | LDC - 2025 Summit, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| Hal Karas, Esq.<br>Whyte Hirschboeck Dudek SC<br>555 E. Wells Street, Ste. 1900<br>Milwaukee, WI 53202-3819 | Kit Gaenslan<br>128 E. Courtland Pl.<br>Whitefish Bay, WI 53217 | LDC - 2150 Prospect, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |
| IRS - Madison<br>Insolvency<br>1242 Fourier Drive, Room 200<br>Madison, WI 53719-2802 | Kravit, Hovel & Krawczyk, S.C.<br>Attn: Anne H. Kravit<br>825 N. Jefferson Street<br>Milwaukee, WI 53202 | LDC - 221 Oregon, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI 53217 |

| | | |
|---|---|---|
| LDC - 225 Pittsburgh, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   531217 | Marie E. Barthel<br>125 E. Barkwood Court<br>Mequon, WI   53092 | Northwestern Mutual Life Ins.<br>Policyowner Srvcs-Life Benefit<br>P. O. Box 2972<br>Milwaukee, WI   53201-3220 |
| LDC - 235 Pittsburgh, LLC<br>c/o Tom DuMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Mark Grasse<br>38313 131st Street<br>Aberdeen, SD   57401 | Ogden - 632, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, Wisconsin   5321 |
| LDC - 2490 Delaware, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Mawicke & Goisman<br>c/o Paul Sherburne<br>1509 N. Prospect Ave.<br>Milwaukee, WI   53202 | Ozaukee County Treasurer<br>c/o Karen Makoutz-Treasurer<br>121 W. Main Street- PO Box 994<br>Port Washington, WI   53074 |
| LDC - 2615 Downer, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Metz Holdings, Inc.<br>c/o Scott Revolinski<br>330 E. Kilbourn, Ste. 800<br>Milwaukee, WI   53202 | Paul Helman<br>801 LaCrosse Ave.<br>Wilmette, IL   60091 |
| LDC - 728 Milwaukee, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Milwaukee Athletic Club<br>758 N. Broadway<br>Milwaukee, WI   53202 | Peter Ogden<br>c/o Ogden & Co.<br>1665 N. Water Street<br>Milwaukee, WI   53202 |
| LDC - Pittsburgh, LLC<br>c/o Tom DeMuth<br>6130 Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Milwaukee City Treasurer<br>200 East Wells Street<br>Room 103<br>Milwaukee, WI   53202-3546 | PNC Bank, N.A.<br>Commercial Loan Operations<br>P.O. Box 747046<br>Pittsburgh, PA   15274-7046 |
| Lighthouse Development Company<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 | Milwaukee County Treasurer<br>901 N. 9th Street - Room 102<br>Milwaukee, WI   53233-1425 | Port Coffee, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay, WI   53217 |
| M I L Acquisition  Venture, L.<br>c/o Christopher Schreiber<br>411 E. Wisconsin Ave, #1000<br>Milwaukee, WI   53202 | Milwaukee Economic Development<br>809 N. Broadway<br>Milwaukee, WI   53202 | Randy Schultz<br>1012 E. Sylvan Place<br>Whitefish Bay, WI   53217 |
| M I L Acquisition Venture, L.P<br>c/o Nathan Chesnie<br>4675 MacArthur Ct.-15th Floor<br>Newport Beach, CA   92660 | Monona Bridge, LLC<br>c/o Scott Revolinski<br>330 E. Kilbourn, Suite 800<br>Milwaukee, WI   53202 | RFP Commercial, Inc.<br>c/o Scott Revolinski<br>330 East Kilbourn, Suite 800<br>Milwaukee, WI   53202 |
| Mallery & Zimmerman<br>731 N. Jackson Street, Ste 900<br>Milwaukee, WI   53202 | Northstar Location Services, I<br>Attn:  Financial Services Dept<br>4235 Genesee Street<br>Cheektowaga, NY   14225-1943 | Richland County Treasurer<br>P.O. Box 348<br>Richland Center, WI   53581 |

```
RNC 2004 IRREV Trust                T & M Cleaning Services           WISC Dept of Revenue - MILW
Scott Fiducci-Davis & Kuelthau      5436 W. Rogers Street              PO Box 930208
111 E. Kilbourn Ave., Ste 1400      West Allis, WI   53219             Bankruptcy
Milwaukee, WI   53202-6613                                             Milwaukee, WI   53293-0208


RNC 2004 IRREV Trust                Thomas P. DeMuth                   WISC Dept of Revenue - MADISON
c/o Roy Cook                        6130 N. Berkeley Blvd.             PO Box 8901
1900 S. Harbor Dr.                  Whitefish Bay, WI   53217          Madison, WI   53708-8901
Milwaukee, WI   53207


Robert Karner                       Timothy O. Hart, DDS, MS           Wisconsin Dept. of Workforce D
112 W. 78th Street                  1720 East Lake Bluff Blvd.         Uninsured Employers Fund
New York, NY   10024                Shorewood, WI   53211              P. O. Box 7948
                                                                       Madison, WI   53707-7948


Ronald B. Rose, DDS, MS             Van Buren Citylofts Condo. Own
6900 W. Brown Deer Road             Attn: Treasurer
Milwaukee, WI   53223               1325 North Van Buren
                                    Milwaukee, WI   53202


Roy Cook                            Van Buren Citylofts Condo. Own
c/o Kinder Morgan Energy Partn      c/o Julie Lane-Van Meter
1900 S. Harbor Drive                1665 N. Water Street
Milwaukee, WI   53207               Milwaukee, WI   53202


Ruth Bittner                        WaterStone Bank
801 LaCrosse Ave.                   ATTN: Wm. Bruss, Esq.
Wilmette, IL   60091                11200 West Plank Court
                                    Wauwatosa, WI   53226-3250


Scott Revolinski                    Whyte Hirschboeck Dudek, SC
c/o RFP Commerical                  555 E. Wells Street, Ste. 1900
330 E. Kilbourn, #800               Milwaukee, WI   53202
Milwaukee, WI   53202


Stanley Beraznik                    William D. Grasse
c/o 29th Street Capital, LLC        5110 Hessel Road
55 New Montgomery Street            Sebastopol, CA   95472
San Francisco, CA   94105


State of Wisconsin                  William D. Grasse Living Trust
Department of Revenue               c/o William D. Grasse, Trustee
819 N. 6th St. - Room 408           5110 Hessel Road
Milwaukee, WI   53203-1606          Sebastopol, CA   95472


Stephen Kravit, Esq.                Wipfli
Kravit, Hovel & Krawczyk, S.C.      c/o John Schwab
825 N. Jefferson St.                10000 Innovation Dr., Ste. 250
Milwaukee, WI   53202               Milwaukee, WI   53226
```

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S.*
  and
  *Grasse, Jennifer L.*

Case No. _____
  (if known)

_____
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING:** You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Grasse, Brett S.

Date: 12/4/14

Certificate Number: 00134-WIE-CC-023814980



00134-WIE-CC-023814980

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 16, 2014</u>, at <u>2:58</u> o'clock <u>PM CDT</u>, <u>Brett Grasse</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Wisconsin</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>July 16, 2014</u>         By:   <u>/s/Elisa Rainville</u>

                                Name: <u>Elisa Rainville</u>

                                Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S.*  
  and  
  *Grasse, Jennifer L.*

Case No.  
Chapter 7

_____  
Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING:** You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

☐ 4. I am not required to receive a credit counseling briefing because of *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ Grasse, Jennifer L.

Date: 12/4/14

Certificate Number: 00134-WIE-CC-023814981



00134-WIE-CC-023814981

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 16, 2014</u>, at <u>2:58</u> o'clock <u>PM CDT</u>, <u>Jennifer Grasse</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Wisconsin</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>July 16, 2014</u>  By: <u>/s/Elisa Rainville</u>

Name: <u>Elisa Rainville</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).