# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S.  and Grasse, Jennifer L.*

Case No. *14-34563*
Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 600,000.00 | | |
| B-Personal Property | Yes | 4 | $ 47,165.61 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 811,429.29 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $ 9,057,176.30 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,100.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 9,790.00 |
| TOTAL | | 39 | $ 647,165.61 | $ 9,868,605.59 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S. and Grasse, Jennifer L.*

Case No. *14-34563*
Chapter 7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re <u>Grasse, Brett S.  and Grasse, Jennifer L.</u>   Case No. <u>14-34563</u>
             Debtor                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>40</u> sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: <u>1-5-15</u>          Signature _____
                                        Grasse, Brett S.

Date: <u>1.5.15</u>          Signature _____
                                        Grasse, Jennifer L.
                                        [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                          Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *Grasse, Brett S. and Grasse, Jennifer L.* _____ ,  Case No. *14-34563* _____

                    Debtor(s)                                                            (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3037 N. Shepard Avenue Milwaukee, WI 53211 | homestead | C | $600,000.00 | $600,000.00 |
| | | | | |

No continuation sheets attached

                                         **TOTAL $**         600,000.00
(Report also on Summary of Schedules.)

In re *Grasse, Brett S. and Grasse, Jennifer L.* ,                    Case No. *14-34563*
                    Debtor(s)                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash on Hand* *Location: In debtor's possession* | J | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Personal Account - Associated Bank* | J | $1,835.09 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods and Furnishings - see attached itemizations* *Location: In debtor's possession* | J | $7,364.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *Clothes* *Location: In debtor's possession* | J | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Pramberger Piano* *Location: In debtor's possession* | C | $700.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance Policy* *Northwesten Mutual Life Insurance Policy* | C | $26,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page   1   of   4

In re _Grasse, Brett S.  and Grasse, Jennifer L._ ,                    Case No. _14-34563_
                Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _Interests in business - G&K MATERIA INVESTORS, LLC (invested $60,000.00)_ | C | $0.00 |
| | | _Interests in business - WATERLINE REALTY, LLC_ _limited liability company with cash as only assets_ | J | $166.52 |
| | | _Interests in business - ENGLISH RIDGE, LLC_ _Solely owned limited liability Company with land in Richland County, Wisconsin_ | J | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | _Interest in Partnerships or joint ventures -_ _Lighthouse Development Company, LLC - $0_ _815 East Brady Street, LLC - $0_ _Commonwealth 1, LLC - $0_ _LDC - 728 Milwaukee, LLC - $0_ _LDC - 2490 Delaware, LLC - $0_ _LDC - 1614 Iron Street, LLC - $0_ _LDC - Pittsburgh, LLC - $0_ _LDC - 2615 Downer - $0_ _Deming Investors II, LLC - $0_ _LDC - 2150 Prospect, LLC - $0_ _LDC - 221 Oregon, LLC - $0_ _Port Coffee, LLC - $0_ _Metz Holdings, Inc. - $0_ _LDC - 235 Pittsburgh, LLC - $0_ _LDC - 2025 Summit, LLC - $0_ _Ogden - 632, LLC - $0_ _LDC - 201 Developer, LLC -$0_ _LDC - 910 Land Place, LLC - $0_ _1325 North Van Buren, LLC - $0_ _SWWED-BG, LLC - $0_ _29th Street Lighthouse Fund, LP - $0_ | J | $0.00 |

Page __2__ of __4__

In re _Grasse, Brett S.  and Grasse, Jennifer L._ ,          Case No. _14-34563_
_____          _____
Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2005 Acura - 4 door sedan_ _Location: In debtor's possession_ | J | $4,000.00 |
| | | _2007 GM SUV_ _Location: In debtor's possession_ | J | $5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Office Equipment_ | C | $1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |

Page __3__ of __4__

In re _Grasse, Brett S.   and Grasse, Jennifer L._ , Case No. _14-34563_
_____
Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➔ | $47,165.61 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page ___4___ of ___4___

**Personal Property**
**Brett and Jennifer Grasse**
**December 2014**

| Qty. | Item | | Value |
|------|------|---|-------|
| | Futon and Futon Frame | $ | 50 |
| | Fabric Shelves for Toy animals | | 1 |
| | Doll house | | 10 |
| | Steel exercise/fitness station | | 5 |
| | Large floor area rug | | 10 |
| 4 | Wood office type chairs | | 20 |
| 2 | Library tables | | 20 |
| | Silk plant on pedestal table | | 2 |
| | Small floor area rug | | 5 |
| | Laminate black pedestal | | 5 |
| | Coffee table | | 15 |
| | Child's play kitchen | | 25 |
| | Child's rocking chair | | 10 |
| | Small wooden chair | | 1 |
| | Wicker book shelf | | 5 |
| | Children's books | | ~~50~~ 0 |
| | 18 inch wide wood bookshelf | | 8 |
| | Wicker bookshelf | | 5 |
| | Wooden office supply storage drawers, small | | 15 |
| | Books | | 50 |
| | Storage unit with tile top and casters | | 10 |
| | Office chair - on casters | | 20 |
| | Movable laminate table | | 10 |
| | Small area rug | | 5 |
| | Painted wooden desk | | 15 |
| 5 | Table Lamps | | 10 |
| | Laminate Pedestal - 18" square | | 5 |
| | Singer sewing machine | | 30 |
| | Brother serger/overlock machine | | 25 |
| | Wicker waste-basket | | 1 |
| | Three drawer office storage cabinet | | 15 |
| | Four door vertical filing cabinet | | 7 |
| | Large exercise ball | | 1 |
| | Wooden book shelf. | | 10 |
| | Small wooden desk | | 10 |
| | Wall-hung mirror | | 3 |
| | Bookshelf containing sewing supplies | | 20 |
| | Drafting table | | 30 |
| | Six-drawer narrow laminate cabinet | | 6 |
| 2 | Wall-hung mirror | | 8 |
| | Plastic drawers with sewing supplies | | 1 |
| | Tools and supplies for sewing | | 30 |
| | Clothes iron | | 5 |

|   |   |   |
|---|---|---|
|   | Conference table - laminate top with rubber edging | 25 |
| 4 | Wood chairs | 20 |
|   | Office chair on casters | 20 |
|   | Space heater | 5 |
|   | Books | 50 |
|   | Table lamps | 10 |
|   | Globe | 3 |
|   | Bulletin Board | 1 |
|   | Bookshelf | 10 |
|   | Wicker book shelf | 5 |
| 2 | Wooden book boxes | 4 |
|   |   |   |
|   | Wall hanging - metal/textile | 30 |
|   | Wooden bench | 20 |
|   | End table / shelves | 15 |
|   | Table Lamp | 2 |
| 9 | Framed Pictures of magazine covers | 90 |
|   |   |   |
| 2 | Bunk bed - twin over full | ~~360~~ *100* |
|   | Large floor area rug | 10 |
|   | Office type wooden chair | 5 |
|   | Office type chair on casters | 20 |
|   | Desk | 30 |
|   | Table Lamp | 2 |
|   | Library Table | 10 |
|   | Floor Lamp | 5 |
| 2 | Bookshelves | 40 |
|   | Wooden stool | 2 |
|   | Chest of drawers | 10 |
|   | Metal trash can | 1 |
|   |   |   |
|   | Queen size bed with Metal headboard/frame | 40 |
|   | Floor area rug | 8 |
| 3 | Table Lamp | 9 |
|   | Wooden tray | 2 |
|   | Framed poster | 10 |
|   | Chest of drawers | 15 |
|   | Chest of drawers | 15 |
|   | End table | 10 |
| 4 | Small framed prints | 20 |
|   | Wooden doll house | 10 |
|   | Radio | 5 |
|   |   |   |
|   | Half-circle shaped end table | 10 |
|   | Old tea-pot | 1 |
|   | Flower vase | 1 |
|   | Round mirror | 3 |

| | | |
|---|---|---|
| | Wicker couch | 10 |
| 5 | Bookshelves | ~~60~~ 10 |
| 6 | Table Lamps | 18 |
| 2 | Fabric covered couch | 20 |
| | Pillows | 10 |
| | Wing chair | 10 |
| | Glass Vase | 2 |
| | Books | 30 |
| | Framed mirror | 5 |
| | Chair | 10 |
| | Globe | 5 |
| | Wood / glass cabinet | ~~60~~ 30 |
| | Large floor area rug | 10 |
| | Wood coffee table with drawers | 40 |
| 8 | Framed painting / photos / prints | 80 |
| | Leather ottoman - damaged | 10 |
| | | |
| | Wicker chair | 5 |
| | Wooden dresser | 20 |
| | Wall hanging mirror | 5 |
| | Wooden bed | ~~120~~ 60 |
| | Night tables | 50 |
| | Wood / steel bench | 5 |
| | Wood dresser | 10 |
| 4 | Table lamps | 20 |
| 2 | Floor lamps | 10 |
| | Floor area rug | 5 |
| | Armoire | 70 |
| | Small stacked shelves | 5 |
| 2 | Framed photographs | 20 |
| | Laminate rectangular pedestal | 5 |
| | Box fan | 2 |
| | Painted wood plant stand | 2 |
| | Baskets | 5 |
| | Wicker hamper | 10 |
| | Clothing | ~~300~~ 10 |
| 4 | Small framed prints | 20 |
| | | |
| | Bookshelf | 10 |
| | Couch (with damage) | 20 |
| | Chair (with damage) - lounge | 10 |
| | Painting | 20 |
| | End table | 5 |
| | Otttoman | 10 |
| | TV | 30 |
| | TV | 5 |
| | Armoire | ~~80~~ 40 |
| | Floor lamp | 10 |
| | Table lamp | 5 |
| | Small framed prints | 10 |
| | | |
| | Wood framed mirror | 20 |
| 4 | Framed prints - nautical photos/illustrations | ~~60~~ |
| | Hall table with glass doors and storage | 10 |
| | Table lamp | 2 |
| | Silk Plant | 2 |

| | | |
|---|---|---|
| 3 | Round wooden end table | 45 |
| 4 | Table Lamp | 40 |
| | Framed Painting | 40 |
| | Framed Painting | 5 |
| | Framed Painting | 30 |
| | Framed Painting | 20 |
| | Framed Painting | 40 |
| | Steel cow scultpture | 5 |
| | Unframed painting | 15 |
| | bookshelf/cradenza | 50 |
| | Steel sculpture -by owner | 2 |
| | Small framed painting | 15 |
| | Steel/wood small table | 20 |
| 2 | Fabric covered wing chair | 20 |
| | Games | 10 |
| 4 | Floor area rugs | 40 50 |
| | Basket | 3 |
| | Basket | 10 |
| 3 | Silk Plants | 15 |
| 3 | Framed small painting | 30 |
| 3 | Floor Lamps | 60 |
| | Firewood basket | 8 |
| | Clock | 10 |
| | Framed painting | 20 |
| | Small decorative items - mantel | 20 |
| | Small unframed painting | 10 |
| | Small table lamp | 5 |
| | Round steel end table | 20 |
| | Basket | 2 |
| | Small rectangular table | 7 |
| | Pillows | 2 |
| | Plant | 5 |
| | Wool covered ottoman | 30 |
| 2 | Armchairs | 100 50 |
| | Couch | 60 |
| | Small leather ottoman | 30 |
| | Small leather stool | 15 |
| | Leather armchair | 140 70 |
| | Small leather chairs | 50 |
| | Drafting table | 20 |
| | Drafting table | 15 |
| | Cast container | 15 |
| | Fireplace tools | 15 |
| | Round steel end table | 15 |
| | Floor lamp | 20 |
| | Wood large pedestals | 30 |
| | Desk | 20 |
| | Mirror | 5 |
| | Table Lamp | 10 |
| | Wood chair | 5 |
| | Basket trash receptacle | 2 |
| | Decorative Pillows | 9 |

|   | Item | Value |
|---|---|---|
|   | Floor area rug | 20 |
| 2 | Chairs | 80 |
|   | Couch | 70 |
|   | Triangular end table | 25 |
|   | Silk plant | 10 |
|   | Coffee table | 35 |
| 4 | Table lamps | 40 |
|   | Floor Lamp | 15 |
|   | Chair | 40 |
| 3 | Decorative Pillows | 9 |
|   | Stereo speakers | 30 |
|   | Small framed pictures and decorative items | 275 /50 |
|   | Sheet music | 10 |
|   | Round wooden table | 50 |
|   | Framed photograph - large | 20 |
|   | Framed print | 10 |
|   | Decorative tray | 5 |
|   |  |  |
| 3 | Silk plants | 15 |
|   | Dining Table | 400 200 |
| 5 | Dining chairs - wood | 60 |
| 2 | Dining chairs - leather, damaged | 30 |
|   | Damaged piano - old | - |
|   | Cradenza table | 30 |
|   | Wood / leather stool | 5 |
|   | Floor area rug | 20 |
|   | Office style chair on casters | 20 |
|   | Wood / glass cabinet | 50 |
|   | Framed wall-hung mirror | 15 |
| 3 | Table lamps | 15 |
|   | Printer | 7 |
|   |  |  |
|   | Glassware - assorted | 100 50 |
| 3 | Ice buckets | 15 |
|   | Umbrella stand | 5 |
|   | Vacuum cleaner | 5 |
|   | Shop Vac | 5 |
|   | Tea Pot | 2 |
|   | Small wine holder | 5 |
|   | Small Table Lamp | 3 |
|   | Wood framed wall mirror | 10 |
| 2 | Framed prints | 15 |
|   | Steel rectangular (narrow) table | 8 |
|   | Faux plants | 10 |
|   | Small steel square table | 7 |
|   | Metal trash receptacle | 1 |
|   | Steel framed mirror | 8 |
|   | Small framed prints | 4 |

|   |   |   |
|---|---|---|
|   | Wooden table | 50 |
| 4 | Wood/wicker chairs | 20 |
| 4 | Wood/wicker stools | 10 |
|   | Dishes/eating utensils | ~~200~~ 100 |
|   | Cooking utensils / pots, pans, etc. | ~~150~~ 50 |
|   | Decorative items | 40 |
|   | Art supplies | 30 |
|   | Stereo speakers | 20 |
|   | Audio receiver | 15 |
|   | CD player | 15 |
|   | Toaster oven | 2 |
|   | Large toaster oven | 4 |
|   | Framed painting - by owner | 10 |
| 2 | Table Lamp | 15 |
|   | Coffee grinder | 25 |
|   | Coffee maker | ~~80~~ 40 |
|   | Blender | 30 |
|   | Framed print | 10 |
|   | Steel trash receptacle | 20 |
|   |   |   |
| 8 | Bicycles | ~~240~~ 140 |
|   | Lawn mower | 15 |
|   | Snow thrower | 25 |
|   | Ladders | 40 |
|   | Tables / storage shelves | 30 |
|   | Sporting equipment miscellaneous | 100 |
|   | Roofing materials, scrap wood | 10 |
|   | Garden tools / garden implements | ~~140~~ 70 |
|   | Tools / outdoor equipment | 50 |
|   | Gas grill | 15 |
|   | Wheel barrow | 8 |
|   | Patio table - aluminum | ~~100~~ 50 |
| 6 | Patio chairs - aluminum | 60 |
|   | Patio table - steel | 50 |
| 4 | Patio chairs - steel | 20 |
|   | Wooden outdoor bench | 1 |
|   | Other outdoor chairs and furnishings | 40 |

| | | |
|---|---|---:|
| | Framed print | 10 |
| | Small wooden chair | 3 |
| | Wooden round table | 40 |
| 4 | Wood chairs | 20 |
| | Books | 10 |
| 18 | Assorted framed/unframed prints | 180 |
| | Ellipse exercise machine | 80 |
| 2 | Easel | 10 |
| | Child's desk | 5 |
| | Wood and tile topped table | 60 |
| 2 | Filing cabinets | 10 |
| | Folding table | 3 |
| | Wooden chairs | 20 |
| | End table | 5 |
| 4 | Table Lamps | 20 |
| | Printer | 5 |
| | Miscellaneous office supplies | 40 |
| | Doll house - hand made | 5 |
| | Small wood table | 3 |
| | | |
| 3 | LG washing machines approx. 12 years old | 210 |
| 3 | LG dryers approx. 12 years old | 210 |
| | Folding table | 2 |
| | Steel shelves | 10 |
| | | |
| 2 | Record player | 30 |
| | Storage shelving | 40 |
| 6 | Bar stools | 120 |
| | Assorted sailing equipment | 50 |
| | Assorted cleaning supplies & equipment | 25 |
| | Camping equipment | 60 |
| | Faux Christmas tree | 10 |
| | Dog kennel | 10 |
| | Roaster | 7 |
| | Small Kiln | 25 |
| | Lamps needing repair | 1 |
| | Freezer | 40 |
| | Refridgerator/Freezer | 40 |
| | | |
| | Drill press | 25 |
| | Band saw | 25 |
| | Grinder | 15 |
| 2 | Work bench | 40 |
| | Painting supplies | 50 |
| | Tools | 100 |
| | | $ 7364.00 |
| | Total | $ 9,139 |

B6C (Official Form 6C) (04/13)

In re _Grasse, Brett S.  and Grasse, Jennifer L._ ,          Case No. _14-34563_
                    Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property Claimed By Debtor | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _3037 N. Shepard Avenue_ | _Wis. Stat. Ann. §815.20_ | $ 75,000.00 | $ 600,000.00 |
| _Personal Account_ | _Wis. Stat. Ann. §815.18(3)(k)_ | $ 917.54 | $ 1,835.09 |
| _Household Goods and Furnishings_ | _Wis. Stat. Ann. §815.18(3)(d)_ | $ 3,682.00 | $ 7,364.00 |
| _Life Insurance Policy_ | _Wis. Stat. Ann. §815.18(3)(f)2_ | $ 75,000.00 | $ 26,000.00 |
| _Interests in Business_ | _Wis. Stat. Ann. §815.18(3)(b)_ | $ 15,000.00 | $ 0.00 |
| _2005 Acura_ | _Wis. Stat. Ann. §815.18(3)(g)_ | $ 2,000.00 | $ 4,000.00 |
| _2007 GM SUV_ | _Wis. Stat. Ann. §815.18(3)(g)_ _Wis. Stat. Ann. §815.18(3)(d)_ | $ 2,000.00 $ 500.00 | $ 5,000.00 |
| Page No. _1_ of _2_ | Subtotal: | $ 174,099.55 | $ 644,199.09 |
| | Total: | $174,099.55 | $644,199.09 |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/13)

In re _Grasse, Brett S._ and _Grasse, Jennifer L._ ,            Case No. _14-34563_
                     Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property<br>**Claimed By Spouse** | Specify Law<br>Providing each<br>Exemption | Value of<br>Claimed<br>Exemption | Current<br>Value of Property<br>Without Deducting<br>Exemptions |
|---|---|---|---|
| _3037 N. Shepard Avenue_ | _Wis. Stat. Ann. §815.20_ | $ 75,000.00 | $ 600,000.00 |
| _Personal Account_ | _Wis. Stat. Ann. §815.18(3)(k)_ | $ 917.54 | $ 1,835.09 |
| _Household Goods and Furnishings_ | _Wis. Stat. Ann. §815.18(3)(d)_ | $ 3,682.00 | $ 7,364.00 |
| _Life Insurance Policy_ | _Wis. Stat. Ann. §815.18(3)(f)2_ | $ 75,000.00 | $ 26,000.00 |
| _Interests in Business_ | _Wis. Stat. Ann. §815.18(3)(b)_ | $ 15,000.00 | $ 0.00 |
| _2005 Acura_ | _Wis. Stat. Ann. §815.18(3)(g)_ | $ 2,000.00 | $ 4,000.00 |
| _2007 GM SUV_ | _Wis. Stat. Ann. §815.18(3)(g)_<br>_Wis. Stat. Ann. §815.18(3)(d)_ | $ 2,000.00<br>$ 500.00 | $ 5,000.00 |
| | Subtotal: | $ 174,099.55 | $ 644,199.09 |
| | Total: | $174,099.55 | $644,199.09 |

Page No._2_ of _2_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Grasse, Brett S. and Grasse, Jennifer L._        Case No. _14-34563_
                **Debtor(s)**                                                        (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number _(See Instructions Above.)_ | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 1_<br>_Allegro Acceptance_<br>_P. O. Box 1207_<br>_San Bruno CA 94066-7207_ | J | 05/27/2011<br>_security interest_<br>_Pramberger Piano_<br><br>Value: $ 700.00 | | | | $ 1,429.29 | $ 1,429.29 |
| Account No:<br><br>_Creditor # : 2_<br>_Nationstar Mortgage, LLC_<br>_Annt: Bankruptcy Dept._<br>_PO Box 630267_<br>_Irving TX 75063_ | J | _1st mortgage_<br>_3037 N. Shepard Avenue_<br><br>Value: $ 600,000.00 | | | | $ 360,000.00 | $ 0.00 |

_1_ continuation sheets attached

Subtotal $ (Total of this page)     $ 361,429.29     $ 1,429.29

Total $ (Use only on last page)

(Report also on Summary of Schedules.)         (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re Grasse, Brett S.  and Grasse, Jennifer L.                     Case No. 14-34563
_____                            _____
Debtor(s)                                                      (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| **Account No:**<br><br>*Creditor # : 3*<br>*RNC 2004 IRREV Trust*<br>*Scott Fiducci-Davis & Kuelthau*<br>*111 E. Kilbourn Ave., Ste 1400*<br>*Milwaukee WI 53202-6613* | X C | All equity interest in LDC-201 DEVELOPER, LLC and LDC-235 PITTSBURGH, LLC<br><br>Value: $ 0.00 | | | | $ 150,000.00 | $ 150,000.00 |
| **Account No:**<br><br>*Creditor # : 4*<br>*Scott Revolinski*<br>*c/o RFP Commerical*<br>*330 E. Kilbourn, #800*<br>*Milwaukee WI 53202* | C | 2nd Mortgage on home 3037 N. Shepard Avenue<br><br>Value: $ 600,000.00 | | | | $ 300,000.00 | $ 60,000.00 |
| **Account No:**<br><br><br> | | <br>Value: | | | | | |
| **Account No:**<br><br><br> | | <br>Value: | | | | | |
| **Account No:**<br><br><br> | | <br>Value: | | | | | |

Sheet no. 1  of  1  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $ (Total of this page) .......... $ 450,000.00 | $ 210,000.00

Total $ (Use only on last page) .......... $ 811,429.29 | $ 211,429.29

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re _Grasse, Brett S. and Grasse, Jennifer L._____,     Case No. _14-34563_____
         **Debtor(s)**                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

In re _Grasse, Brett S.  and Grasse, Jennifer L._____,       Case No. _14-34563_____
                          **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | X | C | | | | | $ 8,000.00 |
| Creditor # : 1 1325 North Van Buren, LLC c/o Tom DeMuth 6140 N. Berkeley Blvd. Whitefish Bay WI  53217 | | | Alleged debt to owner's assoc. | | | | |
| **Account No:** | | C | | | | | $ 0.00 |
| Creditor # : 2 209 South Water, LLC (WI) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | | | | | | | |
| **Account No:** | | C | | | | | $ 0.00 |
| Creditor # : 3 2625 Downer, LLC (WI) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | | | | | | | |

___22_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 8,000.00 |
| Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | |

In re _Grasse, Brett S.  and Grasse, Jennifer L._____,    Case No. _14-34563_____
　　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: Creditor # : 4 29th Street Capital Partners, LLC (CA) c/o 29th Street Capital, LLC 55 New Montgomery San Francisco CA 94105 | C | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 5 29th Street Lighthouse Financing, GP, LLC (CA) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | C | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 6 29th Street Lighthouse Financing, LP (DE) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | C | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 7 29th Street Lighthouse Financing, LLC (CA) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | C | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 8 29th Street Lighthouse Fund, LP (DE) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | C | FOR NOTICE ONLY | | | | $ 0.00 |

Sheet No. _1_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____,    Case No. _14-34563_____
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 9 29th Street Lighthouse JV GP, LLC (CA) c/o 29th Street Capital, LLC 55 New Montgomery Street San Francisco CA 94105 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 10 815 East Brady Street, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay Wisconsin 53217 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 11 Allegro Acceptance P. O. Box 1207 Los Angeles CA 90084-2408 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 12 Anchor Bank Commercial Real Estate Dept. 18200 W. Capital Dr. Brookfield WI 53045 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 13 Aurora Health Care 3301 W. Forest Home Ave. Milwaukee WI 53215 | C | | Medical Bills | | | | $ 500.00 |

Sheet No. _2_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S. and Grasse, Jennifer L._ ,                   Case No. _14-34563_
_____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 14 Aurora Health Care P. O. Box 091700 Milwaukee WI 53209-8700 | C | | See Aurora Health | | | | $ 0.00 |
| **Account No:** Creditor # : 15 Bank Mutual 4949 W. Brown Deer Rd. Brown Deer WI 53223 | C | | Attorney's fees | | | | $ 3,600.00 |
| **Account No:** Creditor # : 16 Bank Mutual P. O. Box 245033 Milwaukee WI 53224-9533 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| **Account No:** Creditor # : 17 Barclay Card Card Services P. O. Box 13337 Philadelphia PA 19101-3337 | C | | incurred over time Credit Card Debt | | | | $ 20,109.30 |
| **Account No:** Creditor # : 18 Barclay Card Card Services P. O. Box 8802 Wilmington DE 19899-8802 | C | | FOR NOTICE ONLY | | | | $ 0.00 |

Sheet No. _3_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 23,709.30

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Grasse, Brett S. and Grasse, Jennifer L._ ,      Case No. _14-34563_
         **Debtor(s)**          *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 19 Barclay Card Card Services P. O. box 8833 Wilmington DE 19899-8833 | C | FOR NOTICE ONLY | | | | $ 0.00 |
| **Account No:** Creditor # : 20 Brian Starr c/o City Commerical Real Estat 157 N. Milwaukee St., #207 Milwaukee WI 53202 | C | Loan guarantee | | | | $ 4,000.00 |
| **Account No:** Creditor # : 21 C. G. Schmidt, Inc. c/o David Schmidt 11777 W. Lake Park Dr. Milwaukee WI 53224 | C | Alleged guarantee | | | | $ 85,000.00 |
| **Account No:** Creditor # : 22 Catherine S. DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | C | See Thomas P. DeMuth | | | | $ 0.00 |
| **Account No:** Creditor # : 23 Centec Security Systems, Inc. W228 N727 Westmound Dr. P. O. Box 1467 Waukesha WI 53187 | C | Services | | | | $ 2,500.00 |

Sheet No. _4_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal $     $ 91,500.00

         Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 24 City Commercial Real Estate, LLC c/o Brian Starr 157 N. Milwaukee St. Ste. 207 Milwaukee WI 53202 | C | | See Brian Starr | | | | $ 0.00 |
| **Account No:** Creditor # : 25 City of Port Washington Attn: Doug Miller - Treasurer 100 W. Grand Avenue Port Washington WI 53074-0307 | C | | Property Tax | | | X | $ 130,000.00 |
| **Account No:** Creditor # : 26 CohnReznick - Baltimore 500 E. Pratt Street, Suite 200 Baltimore MD 21202-3171 | C | | | | | X | Unknown |
| **Account No:** Creditor # : 27 Commonwealth 1, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay Wisconsin 53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| **Account No:** Creditor # : 28 David Winograd c/o D&K Management 201 East Pittsburgh Milwaukee WI 53204 | C | | FOR NOTICE ONLY | | | | $ 0.00 |

Sheet No. _5_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 130,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Grasse, Brett S. and Grasse, Jennifer L._ , Case No. _14-34563_
                        **Debtor(s)**                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 Deming Investors I, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay Wisconsin 53217 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 30 DemingInvestors II, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay Wisconsin 53217 | C | | | | | | $ 0.00 |
| Account No: Creditor # : 31 Diane J. Dynkowski 1596 Whitetail Lane Cedarburg WI 53212 | C | | Personal guarnatee | | | | $ 35,000.00 |
| Account No: Creditor # : 32 Edward N. Barthel 125 E. Barkwood Court Mequon WI 53092 | C | | Personal guarnatee | | | | $ 150,000.00 |
| Account No: Creditor # : 33 Eileen Grasse 16385 Georgetown Dr. Apt. 215 Brookfield WI 53005 | C | | Loan | | | | $ 60,000.00 |

Sheet No. _6_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 245,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S. and Grasse, Jennifer L._____, Case No. _14-34563_
_____ **Debtor(s)** _____ (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 34* *Emily G. Haldeman, Trustee* *William D. Grasse Living Trust* *524 Heather Way* *San Rafael CA 94903* | | C | | | | | $ 0.00 |
| Account No: *Creditor # : 35* *Eric Gaenslan* *1218 E. Courtland Pl.* *Whitefish Bay WI 53217* | | C | *See Randy Schultz* | | | X | $ 0.00 |
| Account No: *Creditor # : 36* *Gerard W. Dynkowski* *1596 Whitetail Lane* *Cedarburg WI 53212* | | C | *See Diane Dynkowski* | | | | $ 0.00 |
| Account No: *Creditor # : 37* *Godfrey & Kahn* *c/o Stephen Chernoff* *780 North Water Street* *Milwaukee WI 53202* | X | C | *Attorney's fees* | | | X | $ 155,200.00 |
| Account No: *Creditor # : 38* *Hal Karas, Esq.* *Whyte Hirschboeck Dudek SC* *555 E. Wells Street, Ste. 1900* *Milwaukee WI 53202-3819* | | C | | | | | $ 0.00 |

Sheet No. _7_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 155,200.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Grasse, Brett S.   and Grasse, Jennifer L._____,        Case No. _14-34563_____
                              **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 39 IRS - Madison Insolvency 1242 Fourier Drive, Room 200 Madison WI  53719-2802 | | | Taxes | | | | $ 0.00 |
| **Account No:** Creditor # : 40 IRS - Ch 7 - OH Chapter 7 Bankruptcy Cincinnati OH 45999 | C | | Taxes | | | | $ 0.00 |
| **Account No:** Creditor # : 41 IRS - MILWAUKEE Insolvency Stop 5301-MIL 211 West Wisconsin Avenue Milwaukee WI  53203-2303 | | | Taxes | | | | $ 0.00 |
| **Account No:** Creditor # : 42 James T. Geimer 6543 17th Avenue, NW Seattle WA 98117 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| **Account No:** Creditor # : 43 James T. Geimer Trust c/o James T. Geimer 6543 17th Avenue, NW Seattle WA 98117 | X C | | Loan guarantee | | | | $ 150,000.00 |

Sheet No. _8_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 150,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.   and Grasse, Jennifer L._____,     Case No. _14-34563_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 44 <br> Joe Cincotta, Esq. <br> Kerkman and Dunn <br> 757 N. Broadway St., Ste 300 <br> Milwaukee WI 53202 | | C | Attorney's fees | | | | $ 12,500.00 |
| Account No: <br> Creditor # : 45 <br> John W. Theisen <br> N9198 E. Shore Rd. <br> East Troy WI 53120-2149 | | C | Loan | | | X | $ 20,000.00 |
| Account No: <br> Creditor # : 46 <br> Joseph Schwenker <br> 5236 N. Kent Avenue <br> Milwaukee WI 53217 | X | C | Guarantee of Loan | | | | $ 50,000.00 |
| Account No: <br> Creditor # : 47 <br> Kerkman and Dunn <br> 757 N. Broadway St., Ste 300 <br> Milwaukee WI 53202 | | C | See Joe Cincotta, Esq. | | | | $ 0.00 |
| Account No: <br> Creditor # : 48 <br> Kit Gaenslan <br> 128 E. Courtland Pl. <br> Whitefish Bay WI  53217 | X | C | See Randy Schultz | | | X | $ 0.00 |

Sheet No. __9__ of ___22___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 82,500.00

Total $   |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____ ,     Case No. _14-34563_____
                    **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | C | | | | | $ 62,000.00 |
| Creditor # : 49 Kravit, Hovel & Krawczyk, S.C. Attn: Anne H. Kravit 825 N. Jefferson Street Milwaukee WI 53202 | | | Attorney's fees | | | | |
| Account No: | X | C | | | | X | $ 200,000.00 |
| Creditor # : 50 LCM Funds 23 Bridgeview, LLC 330 E. Kilbourn Ave., Ste. 838 Milwaukee WI 53202 | | | | | | | |
| Account No: | X | C | | | | X | $ 4,800,000.00 |
| Creditor # : 51 LCM Funds 29 Oregon, LLC 201 E. Pittsburgh Avenue Milwaukee WI 53204 | | | | | | | |
| Account No: | X | C | | | | X | Unknown |
| Creditor # : 52 LCM Funds Pittsburgh, LLC 330 E. Kilbourn Ave., Ste. 838 Milwaukee WI 53202 | | | | | | | |
| Account No: | | C | | | | | $ 0.00 |
| Creditor # : 53 LDC - 1117 Deming Way, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | | | FOR NOTICE ONLY | | | | |

Sheet No. _10_ of ___22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 5,062,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____ ,  Case No. _14-34563_
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 54<br>LDC - 1614 Iron Street, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 55<br>LDC - 201 Developer, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 56<br>LDC - 201 Manager, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 57<br>LDC - 2025 Summit, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 58<br>LDC - 2150 Prospect, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |

Sheet No. _11_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._ , Case No. _14-34563_
_____
Debtor(s)                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 59 LDC - 221 Oregon, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 60 LDC - 225 Pittsburgh, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  531217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 61 LDC - 235 Pittsburgh, LLC c/o Tom DuMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 62 LDC - 2490 Delaware, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 63 LDC - 2615 Downer, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI  53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |

Sheet No. _12_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S. and Grasse, Jennifer L._ _____,  Case No. _14-34563_
_____Debtor(s)_____  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 64<br>LDC - 728 Milwaukee, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI 53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 65<br>LDC - Pittsburgh, LLC<br>c/o Tom DeMuth<br>6130 Berkeley Blvd.<br>Whitefish Bay WI 53217 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 66<br>Lighthouse Development Company, LLC<br>c/o Tom DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI 53217 | C | | | | | X | $ 0.00 |
| Account No:<br>Creditor # : 67<br>M I L Acquisition Venture, L.P.<br>c/o Christopher Schreiber<br>411 E. Wisconsin Ave, #1000<br>Milwaukee WI 53202 | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No:<br>Creditor # : 68<br>M I L Acquisition Venture, L.P.<br>c/o Nathan Chesnie<br>4675 MacArthur Ct.-15th Floor<br>Newport Beach CA 92660 | C | | Loan guarantee | | | | $ 54,000.00 |

Sheet No. _13_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 54,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Grasse, Brett S. and Grasse, Jennifer L._____,  Case No. _14-34563_
                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 69<br>Mallery & Zimmerman<br>731 N. Jackson Street, Ste 900<br>Milwaukee WI 53202 | X | C | Attorney's fees | | | X | $ 1,500.00 |
| Account No:<br>Creditor # : 70<br>Marie E. Barthel<br>125 E. Barkwood Court<br>Mequon WI 53092 | | C | See Edward Barthel | | | | $ 0.00 |
| Account No:<br>Creditor # : 71<br>Mark Grasse<br>38313 131st Street<br>Aberdeen SD 57401 | | C | Loan - plus attorney's fees | | | | $ 50,000.00 |
| Account No:<br>Creditor # : 72<br>Mawicke & Goisman<br>c/o Paul Sherburne<br>1509 N. Prospect Ave.<br>Milwaukee WI 53202 | | C | Attorney's fees | | | | $ 0.00 |
| Account No:<br>Creditor # : 73<br>Metz Holdings, Inc.<br>c/o Scott Revolinski<br>330 E. Kilbourn, Ste. 800<br>Milwaukee WI 53202 | | C | Loan | | | | $ 30,000.00 |

Sheet No. _14_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 81,500.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _Grasse, Brett S. and Grasse, Jennifer L._____ ,          Case No. _14-34563_____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 74* *Milwaukee Athletic Club* *758 N. Broadway* *Milwaukee WI 53202* | | C | Club dues | | | | $ 4,457.00 |
| Account No: *Creditor # : 75* *Milwaukee City Treasurer* *200 East Wells Street* *Room 103* *Milwaukee WI 53202-3546* | | | Real property taxes | | | | $ 0.00 |
| Account No: *Creditor # : 76* *Milwaukee County Treasurer* *901 N. 9th Street - Room 102* *Milwaukee WI 53233-1425* | | | Real property taxes | | | | $ 0.00 |
| Account No: *Creditor # : 77* *Milwaukee Economic Development Commission* *809 N. Broadway* *Milwaukee WI 53202* | X | C | Guarantee of Loan | | | | $ 800,000.00 |
| Account No: *Creditor # : 78* *Monona Bridge, LLC* *c/o Scott Revolinski* *330 E. Kilbourn, Suite 800* *Milwaukee WI 53202* | X | C | Loan guarantee | | | X | $ 100,000.00 |

Sheet No. _15_ of ____22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 904,457.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____ ,      Case No. _14-34563_____
Debtor(s)                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 79 *Northstar Location Services, LLC Attn:  Financial Services Dept 4235 Genesee Street Cheektowaga NY 14225-1943* | C | | | | | | $ 0.00 |
| **Account No:** Creditor # : 80 *Northwestern Mutual Life Ins. Co. Policyowner Srvcs-Life Benefit P. O. Box 2972 Milwaukee WI 53201-3220* | C | | | | | | $ 0.00 |
| **Account No:** Creditor # : 81 *Ogden - 632, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay Wisconsin 53217* | C | | *See Peter Ogden* | | | | $ 0.00 |
| **Account No:** Creditor # : 82 *Ozaukee County Treasurer c/o Karen Makoutz-Treasurer 121 W. Main Street- PO Box 994 Port Washington WI 53074* | C | | *Property Tax* | | | X | $ 52,000.00 |
| **Account No:** Creditor # : 83 *Paul Helman 801 LaCrosse Ave. Wilmette IL 60091* | C | | *See Ruth Bittner* | | | | $ 0.00 |

Sheet No. _16_ of ___22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 52,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____,      Case No. _14-34563_____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 84** Peter Ogden c/o Ogden & Co. 1665 N. Water Street Milwaukee WI 53202 | | C | Note | | | | $ 25,000.00 |
| Account No: **Creditor # : 85** PNC Bank, N.A. Commercial Loan Operations P.O. Box 747046 Pittsburgh PA 15274-7046 | X | C | Loan guarantee | | | X | $ 95,000.00 |
| Account No: **Creditor # : 86** Port Coffee, LLC c/o Tom DeMuth 6130 N. Berkeley Blvd. Whitefish Bay WI 53217 | | C | FOR NOTICE ONLY | | | | $ 0.00 |
| Account No: **Creditor # : 87** Randy Schultz 1012 E. Sylvan Place Whitefish Bay WI   53217 | X | C | Loan guarantee | | | X | $ 205,000.00 |
| Account No: **Creditor # : 88** RFP Commercial, Inc. c/o Scott Revolinski 330 East Kilbourn, Suite 800 Milwaukee WI 53202 | | C | Commission | | | X | $ 50,000.00 |

Sheet No. _17_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 375,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._ ,  Case No. _14-34563_
Debtor(s)
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Richland County Treasurer<br>P.O. Box 348<br>Richland Center WI 53581 | | | Real property taxes | | | | $ 0.00 |
| Account No:<br>Creditor # : 90<br>RNC 2004 IRREV Trust<br>c/o Roy Cook<br>1900 S. Harbor Dr.<br>Milwaukee WI 53207 | | C | Loan | | | | $ 150,000.00 |
| Account No:<br>Creditor # : 91<br>Robert Karner<br>112 W. 78th Street<br>New York NY 10024 | | C | | | | | $ 0.00 |
| Account No:<br>Creditor # : 92<br>Ronald B. Rose, DDS, MS<br>6900 W. Brown Deer Road<br>Milwaukee WI 53223 | | C | Dental bill | | | | $ 850.00 |
| Account No:<br>Creditor # : 93<br>Roy Cook<br>c/o Kinder Morgan Energy Partn<br>1900 S. Harbor Drive<br>Milwaukee WI 53207 | X | C | | | | | $ 0.00 |

Sheet No. _18_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 150,850.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____ ,    Case No. _14-34563_____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 94 *Ruth Bittner* *801 LaCrosse Ave.* *Wilmette IL 60091* | C | | Loan - plus attorney's fees | | | | $ 530,000.00 |
| **Account No:** Creditor # : 95 *Stanley Beraznik* *c/o 29th Street Capital, LLC* *55 New Montgomery Street* *San Francisco CA 94105* | C | | Loan | | | | $ 16,000.00 |
| **Account No:** Creditor # : 96 *State of Wisconsin* *Department of Revenue* *819 N. 6th St. - Room 408* *Milwaukee WI 53203-1606* | C | | | | | | $ 0.00 |
| **Account No:** Creditor # : 97 *Stephen Kravit, Esq.* *Kravit, Hovel & Krawczyk, S.C.* *825 N. Jefferson St.* *Milwaukee WI 53202* | C | | FOR NOTICE ONLY | | | | $ 0.00 |
| **Account No:** Creditor # : 98 *T & M Cleaning Services* *5436 W. Rogers Street* *West Allis WI 53219* | C | | | | | | $ 0.00 |

Sheet No. _19_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 546,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.   and Grasse, Jennifer L._____,     Case No. _14-34563_____
                         **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 99<br>Thomas P. DeMuth<br>6130 N. Berkeley Blvd.<br>Whitefish Bay WI  53217 | | C | Co-debts with former partner | | | X | $ 400,000.00 |
| **Account No:**<br>Creditor # : 100<br>Timothy O. Hart, DDS, MS<br>1720 East Lake Bluff Blvd.<br>Shorewood WI 53211 | | C | Medical | | | | $ 360.00 |
| **Account No:**<br>Creditor # : 101<br>Van Buren Citylofts Condo.<br>Owners Assoc.<br>Attn: Treasurer<br>1325 North Van Buren<br>Milwaukee WI 53202 | | C | See Van Buren Citylofts Condo<br>Owners Assoc. | | | | $ 0.00 |
| **Account No:**<br>Creditor # : 102<br>Van Buren Citylofts Condo.<br>Owners Assoc.<br>c/o Julie Lane-Van Meter<br>1665 N. Water Street<br>Milwaukee WI 53202 | | C | Lawsuit<br>Lawsuit against 1325 N. Van Buren,<br>LLC, et al. | | | X | $ 8,000.00 |
| **Account No:**<br>Creditor # : 103<br>WaterStone Bank<br>ATTN: Wm. Bruss, Esq.<br>11200 West Plank Court<br>Wauwatosa WI 53226-3250 | X | C | Guarantee on loans | | | | $ 200,000.00 |

Sheet No. _20_ of __22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          **Subtotal $**     $ 608,360.00

                          **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Grasse, Brett S. and Grasse, Jennifer L._____, Case No. _14-34563_
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 104<br>Whyte Hirschboeck Dudek, SC<br>555 E. Wells Street, Ste. 1900<br>Milwaukee WI 53202 | C | | Attorney's fees | | | | $ 18,000.00 |
| Account No:<br>Creditor # : 105<br>William D. Grasse<br>5110 Hessel Road<br>Sebastopol CA 95472 | C | | Loan | | | | $ 220,000.00 |
| Account No:<br>Creditor # : 106<br>William D. Grasse Living Trust<br>c/o William D. Grasse, Trustee<br>5110 Hessel Road<br>Sebastopol CA 95472 | C | | See William D. Grasse | | | | $ 0.00 |
| Account No:<br>Creditor # : 107<br>Wipfli<br>c/o John Schwab<br>10000 Innovation Dr., Ste. 250<br>Milwaukee WI 53226 | C | | Accounting fees | | | X | $ 95,000.00 |
| Account No:<br>Creditor # : 108<br>WISC Dept of Revenue - MILW<br>PO Box 930208<br>Bankruptcy<br>Milwaukee WI 53293-0208 | | | Taxes | | | | $ 0.00 |

Sheet No. _21_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $　$ 333,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.  and Grasse, Jennifer L._____,     Case No. _14-34563_____

                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 109<br>WISC Dept of Revenue - MADISON<br>PO Box 8901<br>Madison WI 53708-8901 | | | Taxes | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 110<br>Wisconsin Dept. of Workforce Development<br>Uninsured Employers Fund<br>P. O. Box 7948<br>Madison WI 53707-7948 | C | | Unemployent claims | | | X | $ 3,600.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _22_ of _22_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal $         $ 3,600.00

                                        Total $       $ 9,057,176.30

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Grasse, Brett S.   and Grasse, Jennifer L._____ / Debtor      Case No. _14-34563_____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Jennifer Steiner_<br>_3037-A N. Shepard Avenue_<br>_Milwaukee WI   53211_ | Contract Type: _Lease for townhouse_<br>Terms: _month-to-month ($500.00 per month rent)_<br>Beginning date:<br>Debtor's Interest: _Lessor_<br>Description: _3037-A N. Shepard Avenue_<br><br>Buyout Option: |

Page ___1___ of ___1___

B6H (Official Form 6H) (12/07)

In re _Grasse, Brett S.  and Grasse, Jennifer L._ / Debtor     Case No. _14-34563_
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Thomas DeMuth<br>6140 N. Berkeley Blvd.<br>Whitefish Bay WI  53214 | 1325 North Van Buren, LLC<br>c/o Tom DeMuth<br>6140 N. Berkeley Blvd.<br>Whitefish Bay WI  53217<br><br>Godfrey & Kahn<br>c/o Stephen Chernoff<br>780 North Water Street<br>Milwaukee WI  53202<br><br>James T. Geimer Trust<br>c/o James T. Geimer<br>6543 17th Avenue, NW<br>Seattle WA  98117<br><br>Joseph Schwenker<br>5236 N. Kent Avenue<br>Milwaukee WI  53217<br><br>Kit Gaenslan<br>128 E. Courtland Pl.<br>Whitefish Bay WI  53217<br><br>LCM Funds 23 Bridgeview, LLC<br>330 E. Kilbourn Ave., Ste. 838<br>Milwaukee WI  53202<br><br>LCM Funds 29 Oregon, LLC<br>201 E. Pittsburgh Avenue<br>Milwaukee WI  53204<br><br>LCM Funds Pittsburgh, LLC<br>330 E. Kilbourn Ave., Ste. 838<br>Milwaukee WI  53202<br><br>Mallery & Zimmerman<br>731 N. Jackson Street, Ste 900<br>Milwaukee WI  53202 |

In re  _Grasse, Brett S.   and Grasse, Jennifer L._____  / Debtor        Case No. _14-34563_____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Thomas DeMuth ...continued* | *Milwaukee Economic Development Commission*<br>*809 N. Broadway*<br>*Milwaukee WI  53202*<br><br>*Monona Bridge, LLC*<br>*c/o Scott Revolinski*<br>*330 E. Kilbourn, Suite 800*<br>*Milwaukee WI  53202*<br><br>*PNC Bank, N.A.*<br>*Commercial Loan Operations*<br>*P.O. Box 747046*<br>*Pittsburgh PA  15274-7046*<br><br>*Randy Schultz*<br>*1012 E. Sylvan Place*<br>*Whitefish Bay WI   53217*<br><br>*RNC 2004 IRREV Trust*<br>*Scott Fiducci-Davis & Kuelthau*<br>*111 E. Kilbourn Ave., Ste 1400*<br>*Milwaukee WI  53202-6613*<br><br>*Roy Cook*<br>*c/o Kinder Morgan Energy Partn*<br>*1900 S. Harbor Drive*<br>*Milwaukee WI  53207*<br><br>*WaterStone Bank*<br>*ATTN: Wm. Bruss, Esq.*<br>*11200 West Plank Court*<br>*Wauwatosa WI  53226-3250* |

**Fill in this information to identify your case:**

Debtor 1  Grasse, Brett S.
_____
First Name     Middle Name     Last Name

Debtor 2  Grasse, Jennifer L.
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: EASTERN _____ District of WISCONSIN

Case number  14-34563
(if known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | Real Estate Investment | |
| Employer's name | | |
| Employer's address | 3037 N. Shepard Ave<br>Number  Street | Number  Street |
| | Milwaukee  WI  53211<br>City  State  ZIP Code | City  State  ZIP Code |
| How long employed there? | _____ | _____ |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................ → 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 460.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: foodshare and health insurance | 8f. | $ 1320.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: consulting work | 8h. | + $ 320.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2100.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,100.00 + $ 0.00 = $ 2100.00 | |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 2100.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Effort to secure new business, consulting and commission incomes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Grasse, Brett S. |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Grasse, Jennifer L. |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Eastern District of Wisconsin |
| Case number | 14-34563 |
| (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

___ MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                              12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 5 | ☐ No  ☑ Yes |
| SON | 12 | ☐ No  ☑ Yes |
| SON | 15 | ☐ No  ☑ Yes |
| _____ | ___ | ☐ No  ☐ Yes |
| _____ | ___ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $            2,180.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $            1,300.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $              350.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $              200.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ |

Official Form B 6J                    **Schedule J: Your Expenses**                    page 1

| | | Your expenses |
|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ |
|---|---|---|---|
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ 400.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ 100.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 400.00 |
| 6d. | Other. Specify: | 6d. | $ |
| 7. | **Food and housekeeping supplies** | 7. | $ 850.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 1,250.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 160.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 750.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $ 200.00 |
| 15b. | Health insurance | 15b. | $ 950.00 |
| 15c. | Vehicle insurance | 15c. | $ 400.00 |
| 15d. | Other insurance. Specify: | 15d. | $ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $ |
| 17b. | Car payments for Vehicle 2 | 17b. | $ |
| 17c. | Other. Specify: | 17c. | $ |
| 17d. | Other. Specify: | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form B 6I). | 18. | $ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a. | Mortgages on other property | 20a. | $ |
| 20b. | Real estate taxes | 20b. | $ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ |
| 20e. | Homeowner's association or condominium dues | 20e. | $ |

21. **Other**. Specify: _____    21. +$ _____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                         22. $ _____9,790.00_____

23. **Calculate your monthly net income.**

    23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____2,100.00_____

    23b.    Copy your monthly expenses from line 22 above.                      23b. −$ _____9,790.00_____

    23c.    Subtract your monthly expenses from your monthly income.
            The result is your *monthly net income*.                           23c. $ _____-7,690.00_____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.    Explain here:    Normal increases anticipated for expenses.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: *Grasse, Brett S.*
  *and*
  *Grasse, Jennifer L.*
  _____
                    Debtor

Case No. *14-34563*
          _____
              (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

*Year to date: 2014*            *$22,111.00*
   *Last Year: 2013*            *$96,073.00*
*Year before: 2012*             *$12,508.00*

---

**2. Income other than from employment or operation of business**

None ☒
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 1

## 3. Payments to creditors

None ☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Randy Schultz v. Brett Grasse, et al.* *Case # 14-CV-004842* | *Civil Judgment* | *Milwaukee County Circuit Court* | *Judgment* *$405,000.00* |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jonathan V. Goodman* <br> *Address:* <br> *788 North Jefferson Street* <br> *Suite 707* <br> *Milwaukee, WI 53202-3739* | *Date of Payment: 12/2014* <br> *Payor: Grasse, Brett S.* | *$4,500.00* |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

## 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 4

| None ☒ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

---

## 18. Nature, location and name of business

None ☐  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Lighthouse Development Company, LLC | ID: 39-2007169 | 2140 N. PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 06/14/2000 END: 11/05/2014 |
| 815 East Brady Street, LLC | ID: 39-1955622 | 2140 NORTH PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 03/09/1999 END: 03/11/2014 |
| Commonwealth 1, LLC | ID: 39-1941073 | 2140 NORTH PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 09/22/1998 END: 10/11/2013 |
| LDC - 728 Milwaukee, LLC | ID: 37-1480783 | 2140 NORTH PROSPECT AVE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 12/16/2003 END: 12/09/2014 |
| LDC - 2490 Delaware, LLC | ID: 20-1143436 | 2140 N. PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 05/18/2004 END: 11/05/2014 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| LDC - 1614 Iron Street, LLC | ID: 20-3848735 | 2140 N. PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 11/29/2005<br><br>END: 12/09/2014 |
| LDC - Pittsburgh, LLC | ID: 20-3207890 | 2140 NORTH PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 07/12/2005<br><br>END: 10/11/2013 |
| Waterline Realty, LLC | ID: 46-1655897 | 400 E. WISCONSIN AV SUITE 340A MILWAUKEE, WI 53202 | Limited Liability Company | START: 12/28/2012<br><br>Still in operation |
| LDC - 2615 Downer | ID: 20-2934029 | 2140 N. PROSPECT AVE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 06/02/2005<br><br>END: 11/05/2014 |
| Deming Investors II, LLC | ID: 20-2225044 | 2140 NORTH PROSPECT AVE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 01/24/2005<br><br>END: 03/11/2014 |
| LDC - 2150 Prospect, LLC | ID: 20-4442060 | 2140 NORTH PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 03/09/2006<br><br>END: 03/11/2014 |
| LDC - 221 Oregon, LLC | ID: 20-4554556 | 2140 NORTH PROSPECT AVE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 03/14/2006<br><br>END: 03/11/2014 |
| Port Coffee, LLC | ID: 20-5416481 | 2140 NORTH PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 08/17/2006<br><br>END: 10/26/2012 |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Metz Holdings, Inc. | ID: 42-1319294 | | Single Asset LLC - Real Estate Development | |
| LDC - 235 Pittsburgh, LLC | ID: 26-1324185 | 700 W. VIRGINIA STREET SUITE 222 MILWAUKEE, WI 53204 | Single Asset LLC - Real Estate Development | START: 10/30/2007 END: 09/29/2014 |
| LDC - 2025 Summit, LLC | ID: 20-1036280 | 2140 N PROSPECT MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 04/21/2004 END: 11/05/2014 |
| Ogden - 632, LLC | ID: 39-2025685 | 2140 N. PROSPECT AVE. MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 05/03/2001 END: 11/05/2014 |
| LDC - 201 Developer, LLC | ID: 26-4502781 | 2140 NORTH PROSPECT AVENUE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 03/20/2009 END: 03/11/2014 |
| LDC - 910 Land Place, LLC | ID: 20-0782883 | 2140 NORTH PROSPECT AVE MILWAUKEE, WI 53202 | Single Asset LLC - Real Estate Development | START: 03/16/2004 END: 03/11/2014 |
| 1325 North Van Buren, LLC | ID: 39-2005136 | 116 E PLEASANT ST STE 2 SOUTH 1 MILWAUKEE, WI 53212 | Single Asset LLC - Real Estate Development | START: 09/29/2000 END: 02/09/2011 |
| SWWED-BG, LLC | ID: 46-1378362 | 255 S. WATER STREET SUITE B MILWAUKEE, WI 53204 | Single Asset LLC - Real Estate Development | START: 11/05/2012 END: |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *29th Street Lighthouse Fund LP* | ID: 90-0905124 | | *Single Asset LLC – Real Estate Development* | |
| *English Ridge, LLC* | ID: | | *Single Asset LLC – Real Estate Development* | *START: 2012* *Still in operation* |

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☒  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

Statement of Affairs - Page 8

## 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Statement of Affairs - Page 9

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 1-5-15        Signature of Debtor _____

Date 1.5.15        Signature of Joint Debtor (if any) _____

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____
Address

X _____       _____
Signature of Bankruptcy Petition Preparer       Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Grasse, Brett S. |
| | First Name     Middle Name     Last Name |
| Debtor 2 | Grasse, Jennifer L. |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN    District of   WISCONSIN |
| | (State) |
| Case number | 14-34563 |
| (If known) | |

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income      12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

    **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   0.00 | $   0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   0.00 | $   0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   0.00 | $   0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)    $   320.00 | | |
| | Ordinary and necessary operating expenses   – $   0.00 | | |
| | Net monthly income from a business, profession, or farm   $   320.00   Copy here ➔ | $   320.00 | $   0.00 |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)    $   480.00 | | |
| | Ordinary and necessary operating expenses   – $   0.00 | | |
| | Net monthly income from rental or other real property   $   480.00   Copy here ➔ | $   480.00 | $   0.00 |
| 7. | **Interest, dividends, and royalties** | $   0.00 | $   0.00 |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ..........................↓

| | | |
|---|---|---|
| For you........................................................ | $ 0.00 | |
| For your spouse........................................... | $ 0.00 | |

| | Column A | Column B |
|---|---|---|
| **9. Pension or retirement income.** Do not include any amount received that was a<br>benefit under the Social Security Act. | $ 0.00 | $ 0.00 |

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | Column A | Column B |
|---|---|---|---|
| 10a. | Government Assistance | $ 1320 | $ 0 |
| 10b. | | $ | $ |
| 10c. | Total amounts from separate pages, if any. | +$ | +$ |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.

$ 2120.00  +  $ 0.00  =  $ 2120.00

Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

| 12a. | Copy your total current monthly income from line 11.............................. Copy line 11 here→ | 12a. | $ 2120.00 |
|---|---|---|---|
| | Multiply by 12 (the number of months in a year). | | x 12 |
| 12b. | The result is your annual income for this part of the form. | 12b. | $ 25440.00 |

**13. Calculate the median family income that applies to you.** Follow these steps:

| Fill in the state in which you live. | WISCONSIN |
|---|---|
| Fill in the number of people in your household. | 5.00 |

Fill in the median family income for your state and size of household. ..........................13.  $ 90450.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
   Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
   Go to Part 3 and fill out Form 22A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _Signature of Debtor 1_      x _Signature of Debtor 2_

Date 01/05/2015          Date 01/05/2015
   MM / DD  / YYYY              MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re *Grasse, Brett S.*
    *and*
*Grasse, Jennifer L.*

Case No. *14-34563*
Chapter 7

_____ / Debtor

Attorney for Debtor: *Jonathan V. Goodman*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *6,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ *4,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,500.00*

3. $ *335.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *01/05/2015*             Respectfully submitted,

X_____

Attorney for Petitioner: *Jonathan V. Goodman*
*Law Offices of Jonathan V. Goodman*
*788 North Jefferson Street*
*Suite 707*
*Milwaukee WI  53202-3739*
*414-276-6760*
*jgoodman@ameritech.net*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Wisconsin

In re Grasse, Brett S. and Jennifer ,                    Case No. 14-34563
_____Debtor_____                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** <br> Nationstar Mortgage, LLC | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt          ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt          ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES        ☐ NO |

_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: \_\_1·5·15_____       _____
                                                                    Signature of Debtor

                                                                    _____
                                                                    Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A - Continuation

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ❏ Surrendered                         ❏ Retained

If retaining the property, I intend to *(check at least one)*:
- ❏ Redeem the property
- ❏ Reaffirm the debt
- ❏ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
- ❏ Claimed as exempt                         ❏ Not claimed as exempt

## PART B - Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES        ❏ NO |